Michael K. Brown (SBN 104252)
Thomas J. Yoo (SBN 175118)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone:    213.457.8000
Facsimile:    213.457.8080
Email: mkbrown@reedsmith.com
tyoo@reedsmith.com

Steven J. Boranian (SBN 174183)
Kevin M. Hara (SBN 221604)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111
Telephone:    (415) 543-8700
Facsimile:    (415) 391-8269
Email: sboranian@reedsmith.com
khara@reedsmith.com

Attorneys for Defendant
Merck & Co., Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PALMER, Individually and as Heir of the Estate of Decedent ROSIE PALMER,<br><br>Plaintiffs,<br><br>vs.<br><br>MERCK & CO., INC., a New Jersey corporation; MCKESSON CORPORATION; DOE PHARMACEUTICAL COMPANIES 1 through 50, inclusive; DOE PHARMACIES 51 through 100, inclusive; DOES 101 through 200, inclusive,<br><br>Defendants. | No.: **2:05-cv-02568-DFL-JFM**<br><br>**STIPULATION AND [PROPOSED] ORDER STAYING PROCEEDINGS PENDING TRANSFER TO** *IN RE VIOXX PRODUCTS LIABILITY LITIGATION*, **MDL NO. 1657** |

TO THE CLERK OF THE COURT OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:

The parties, by and through their counsel, stipulate to and respectfully request a stay of all proceedings in this action pending the transfer of this case to *In re VIOXX Products Liability Litigation*, MDL No. 1657.

Plaintiffs allege personal injuries attributed to the prescription drug Vioxx®. Defendant Merck & Co., Inc. ("Merck") manufactured and distributed Vioxx, but voluntarily withdrew Vioxx from the market on September 30, 2004.

On December 23, 2005, Merck, pursuant to Rule 7.5(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation ("R.P.J.P.M.L."), provided notice to the MDL Panel of the pendency of this "tag-along" action and furnished the MDL Panel with a copy of the docket sheet and complaint. Merck requested that the MDL Panel transfer this action to the multidistrict litigation known as *In re Vioxx Products Liability Litigation*, MDL No. 1657, currently pending in the Eastern District of Louisiana, District Judge Eldon Fallon presiding.

The MDL Panel issued Conditional Transfer Order No. 38 on January 26, 2006, which included this action. Plaintiffs indicated that they will not oppose the Conditional Transfer Order. A Transfer Order should be issued shortly.

A stay will potentially conserve judicial resources and will not cause unfair prejudice to the parties. *See Rivers v. Walt Disney Co.*, 980 F. Supp. 1358, 1360 (C.D. Cal. 1997) (stay pending MDL transfer decision action would further judicial economy because "any efforts on behalf of this Court concerning case management will most likely have to be replicated by the judge that is

– 1 –

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

PDF created with pdfFactory trial version www.pdffactory.com

assigned to handle the consolidated litigation"). The parties agree to a stay of this case pending transfer to the MDL.

Based on the foregoing, the parties respectfully request that the Court stay this action pending its transfer to MDL No. 1657.

DATED: January  30 , 2006.

REED SMITH LLP

By     /s/ Kevin M. Hara
    Kevin M. Hara
    Attorneys for Defendant
    Merck & Co., Inc.

DATED: January ___, 2006.

MARY ALEXANDER & ASSOCIATES, P.C.

By_____
    Mary E. Alexander
    Attorneys for Plaintiffs
    John Palmer, Individually And As Heir Of The
    Estate Of Decedent Rosie Palmer

PDF created with pdfFactory trial version www.pdffactory.com

## [PROPOSED] ORDER

Having considered the foregoing stipulation, and good cause appearing therefore, IT IS SO ORDERED.

DATED: 2/1/2006

_____
DAVID F. LEVI
United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com